**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**GEORGE DALE**, **Commissioner of Insurance for the
State of Mississippi, in his official capacity as Receiver
of FRANKLIN PROTECTIVE LIFE
INSURANCE COMPANY, et al.,**                                                                      **PLAINTIFFS**

**V.**                                                        **CIVIL ACTION NO. 3:03CV658-HTW-LRA**

**JILL LITTLE FORD, et al.,**                                                                      **DEFENDANTS**

## ORDER

On the motion *ore tenus* by the Plaintiffs in this matter, and this Court having been advised that Mississippi Insurance Commissioner Mike Chaney has succeeded former Mississippi Insurance Commissioner George Dale as the duly-appointed Receiver of Franklin Protective Life Insurance Company, First National Life Insurance Company of America, and Family Guaranty Life Insurance Company, the Court finds that Commissioner Chaney should be substituted as Plaintiff-Receiver in this matter.

Therefore, IT IS HEREBY ORDERED as follows:

(a) Mike Chaney, Commissioner of Insurance for the State of Mississippi, is hereby substituted as Plaintiff-Receiver for Franklin Protective Life Insurance Company, First National Life Insurance Company of America, and Family Guaranty Life Insurance Company.

(b) The style and caption of this cause shall hereafter be amended to reflect this change.

SO ORDERED, this the 17th day of March, 2008.

                                                          **s/ HENRY T. WINGATE**
                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/Robert C. Richardson
Charles G. Copeland, MSB #6516
Robert C. Richardson, MSB #5330
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse Building, Suite 100
1076 Highland Colony Parkway
Post Office Box 6020
Ridgeland, Mississippi  39158-6020
601/856-7200
Counsel for the Plaintiffs