# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

MIKE CHANEY, Commissioner of Insurance for the
State of Mississippi, in his official capacity as Liquidator of
FRANKLIN PROTECTIVE LIFE INSURANCE
COMPANY, FAMILY GUARANTY LIFE INSURANCE
COMPANY, and FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA, *et al.*                        PLAINTIFFS

V.                            CIVIL ACTION NO. 3:03CV658 - HTW-JCS

JILL LITTLE FORD, *et al.*                            DEFENDANTS

## AGREED JUDGMENT AND ORDER OF DISMISSAL

The Court presently has before it an Agreed Judgment and Order of Dismissal, which was submitted by the Plaintiffs and one of the defendants in this matter, W.H. "Buck" Tatum, Jr. After consideration of this matter, the Court hereby finds as follows:

1. The Plaintiffs and Defendant W.H. "Buck" Tatum, Jr., a/k/a W.H. Tatum, Jr.(herein "Tatum"), desire to resolve this matter as specified in the judgment below and to dismiss this matter with prejudice as to Tatum.

2. In accordance with the judgment and in exchange for this dismissal, Tatum has agreed to a consent judgment in favor of the Plaintiffs in the amount of $10,000.00.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Final judgment in the amount of $10,000.00 is hereby entered against defendant W.H. "Buck" Tatum, Jr., a/k/a W.H. Tatum, Jr., and in favor of all Plaintiffs herein, to-wit: Mike Chaney, Commissioner of Insurance of the State of Mississippi, in his official capacity as Liquidator of First National Life Insurance Company of America; Mike Chaney, Commissioner of Insurance of the State of Mississippi, in his official capacity as Liquidator of Family Guaranty Life Insurance

Company; Mike Chaney, Commissioner of Insurance of the State of Mississippi, in his official capacity as Liquidator of Franklin Protective Life Insurance Company; Leslie A. Newman, in her official capacity as Receiver of Franklin American Life Insurance Company; John M. Huff, in his official capacity as Receiver of International Financial Services Life Insurance Company; Kim Holland, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company; and Jay Bradford, in his official capacity as Receiver of Old Southwest Life Insurance Company.[1]

2. Tatum's liability under this Agreed Judgment and Order of Dismissal is joint and several as to the liability of any other defendants against whom these Plaintiffs may be found entitled to recover in this action.

3. The claims by the Plaintiffs against Tatum are hereby dismissed with prejudice, and each party shall be responsible for their own costs.

4. The Plaintiffs and Tatum have agreed to the entry of this Agreed Judgment and Order of Dismissal in resolution of this matter as to Tatum, and in resolution of any claims Tatum may have against the Plaintiffs and their predecessors, successors, employees, agents, attorneys, and representatives.

5. Pursuant to 28 U.S.C. § 1738, this Agreed Judgment and Order of Dismissal constitutes the findings and final disposition of this matter by the Court as to defendant W.H. "Buck" Tatum, Jr., and this Agreed Judgment and Order of Dismissal is entitled to full faith and credit in all courts of competent jurisdiction for all purposes, including without limitation for the purposes of domestication and execution.

---

[1] During the course of this action, certain of the Receivers who were originally named as Plaintiffs have been succeeded in office. This Agreed Judgment and Order of Dismissal reflects current Receivers as of the date it is entered.

6. There being no just reason for delay in final entry of this judgment, pursuant to Rule 54(b) the Clerk is hereby directed to enter this Agreed Judgment and Order of Dismissal as the final judgment against Defendant W.H. "Buck" Tatum, Jr., a/k/a W.H. Tatum, Jr.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2010.

_____
Henry T. Wingate
United States District Judge

JUDGMENT PREPARED BY:

Charles G. Copeland (MBN 6516)
Robert C. Richardson (MBN 5330)
COPELAND, COOK TAYLOR & BUSH, P.A.
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone: 601-856-7200
Facsimile: 601-856-8242

APPROVED AS TO FORM AND CONTENT:


s/Robert C. Richardson
Charles G. Copeland (MBN 6516)
Robert C. Richardson (MBN 5330)
*On behalf of the Plaintiffs*


s/Anthony L. Farese (with permission)
Anthony L Farese (MBN 5133)
FARESE FARESE & FARESE
Post Office Box 98
Ashland, Mississippi 38603-0098
(662) 224-6211
*On Behalf of Defendant W.H. "Buck" Tatum, Jr.*